1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA

10    RAFAEL ARROYO, JR.,                    Case: 5:14-CV-00262- BLF
11              Plaintiff,
                                             **ORDER**
12         v.
13    A. GAVIOLA, INC., a California
14    Corporation; and Does 1-10,
15              Defendants.

16

17

18

19

20                              **<u>ORDER</u>**

21

22         The entire case is hereby ordered dismissed with prejudice.

23

24

25    Dated: April 17, 2015

26                                           BETH LABSON FREEMAN
27                                           United States District Judge

28

                                        1

Notice for Dismissal                    Case: 5:14-CV-00262- BLF